# IN THE MATTER OF WILLIAM McDOWELL SCOTT, MARSHAL

## 1809

### JOURNAL ENTRIES

1. Continuance . . . . . . . . . *Journal, infra,* \*p. 244

### PAPERS IN S. C. FILE

1. Copy of records of district court . . . . . . . *Printed in Vol. 2*

### PAPERS IN D. C. FILE
[None]

# UNITED STATES
v.
# BENJAMIN FRANKLIN

## 1809

### JOURNAL ENTRIES

1. Rule for recognizance . . . . . . . *Journal, infra,* \*p. 244

### PAPERS IN FILE
[None]